UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CASE NO. 07- |
| | : | (Under Seal) |
| | : | |
| v. | : | VIOLATION: |
| | : | |
| **HENRY D. CORONA,** | : | 21 U.S.C. § 846 |
| also known as "Norr," | : | (Conspiracy to Distribute and Possess With |
| Defendant. | : | Intent to Distribute 500 Grams or More of |
| | : | Methamphetamine) |
| | : | |
| | : | |

## INFORMATION

The United States Attorney informs the Court that:

## COUNT ONE

From or about December 2004 up to and including at least July 2007, within the District of Columbia and elsewhere, defendant **HENRY D. CORONA**, also known as "Norr," did knowingly and willfully combine, conspire, confederate, and agree together with other persons to unlawfully, knowingly, and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of Methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, and the said mixture and substance was 500 grams or more, in

violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

**(Conspiracy to Distribute and Possess With Intent to Distribute 500 Grams or More of Methamphetamine, in violation of Title 21, United States Code, Section 846)**

By: _____
JEFFREY A. TAYLOR
United States Attorney
for the District of Columbia
D.C. Bar No. 498610


_____
S. ELISA POTEAT
D.C. Bar No. 420604
GREGORY G. MARSHALL
N.Y. Bar
Assistant United States Attorneys