CO-526
(12/86)

**FILED**

AUG 1 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**SEALED**

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| vs. | ) | Criminal No. 07-196 |
| _Henry D. Corona_ | ) | |

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_Henry D Corona_
Defendant

_Cynthia Katie_
Counsel for defendant

I consent:

_Danny Marshall_
United States Attorney

Approved:

_Thomas F. Hogan_
Judge