AO 455 (Rev. 5/85)   Waiver of Indictment

**FILED**
AUG 10 2007
NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT

# United States District Court

DISTRICT OF Columbia

UNITED STATES OF AMERICA

V.

Henry D. Corona

**WAIVER OF INDICTMENT**

CASE NUMBER: 07-196  SEALED

I, Henry D. Corona, the above named defendant, who is accused of

21 USC 846

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 8-10-07 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Henry D Corona
Defendant

Cynthia Kun
Counsel for Defendant

Before _____
Judicial Officer