UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                              Criminal No. 07-196 (TFH)

HENRY DAVID CORONA              UNDER SEAL

BOND REVIEW MOTION

Comes now Defendant, Henry David Corona, by and through counsel, and moves this Court to release him into the High-Intensity Supervision Program, electronic monitoring, and further states:

1. Defendant was arrested and later presented before a magistrate judge on July 13, 2007.

2. On August 10, 2007, Mr. Corona pleaded guilty to a one-count information charging him with a violation of 21 U.S.C. § 846, Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine.

3. On that day and on the Nov. 11 and Dec. 19, 2007 status hearing dates, both parties spoke to the Court about Mr. Corona's need to complete a drug-treatment program at the CTF facility before the possibility of release into the community.

4. Mr. Corona completed the sixty-day drug treatment program, the D.C. Lifeline Educational Therapeutic Community Program. In that program, he participated in Narcotics Anonymous, ARISE Life-Management Skills, Relapse Prevention, Drug Education, and Men's Health. He also worked as an intern and helped others with their recovery.

5. Mr. Corona also completed a two-month computer literacy program and a two-month anger management class during his stay at CTF.

Mr. Corona has been detained at the CTF facility for more than six months, or since July 13, 2007. As a result of his inpatient drug-treatment program and his six-month abstinence, Mr. Corona is now prepared to be released into the community and live drug free.[1]

Wherefore, Mr. Corona respectfully requests that he be released into High Intensity Supervision through Pretrial Services.

                                    Respectfully submitted,

                                    _____
                                    Cynthia Katkish  #418876
                                    601 Pa. Ave., N.W.
                                    Suite 900-south #221
                                    Washington, D.C. 20004
                                    Office 202-997-1386
                                    Fax 202-639-2000
                                    Ckatkish1@comcast.net

## CERTIFICATE OF SERVICE

I certify under the penalties of perjury that a copy of this Bond Review Motion was mailed postage prepaid to Elisa Poteat U.S. Attorney's Office 555 4th St., WDC 20530 on Jan. 28, 2008.

                                    _____
                                    Cynthia Katkish

---

[1] On Jan. 28, 2008, counsel spoke with Andre Sidbury, Pretrial Services. Mr. Sidbury is screening Mr. Corona for High-Intensity Supervision. A report should be made available to the Court by the next court date, Feb 1, 2008.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.  Criminal No. 07-196 (TFH)

HENRY DAVID CORONA  UNDER SEAL

ORDER

THIS MATTER COMES BEFORE THE COURT ON DEFENDANT HENRY DAVID CORONA'S BOND REVIEW MOTION.

BASED ON THE MOTION, THE RECORD HEREIN, AND ANY ARGUMENTS MADE AT THE FEBRUARY 1, 2008 STATUS HEARING DATE,

IT IS THIS _____ DAY OF _____ 2008

ORDERED THAT THE MOTION IS GRANTED AND

THE DEFENDANT IS RELEASED INTO THE HIGH-INTENSITY

SUPERVISION PROGRAM THROUGH PRETRIAL SERVICES.

IT IS SO ORDERED.

_____
CHIEF JUDGE OF THE UNITED STATES
DISTRICT COURT FOR THE DISTRICT
OF COLUMBIA