UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal Case No. 07-196 (TFH) |
| | : | |
| v. | : | (<u>Under Seal</u>) |
| | : | |
| **HENRY D. CORONA** | : | |

## GOVERNMENT'S MOTION TO CONTINUE SENTENCING HEARING

The United States of America, by and through its counsel, the United States Attorney for the District of Columbia, respectfully submits this motion to continue the sentencing hearing in this case, which is currently scheduled for July 14, 2008, at 10:00 a.m. In support of this motion, the United States makes the following points:

1. On March 19, 2007, the defendant pleaded guilty, pursuant to a cooperation plea agreement, to Conspiracy to Distribute and Possess With Intent to Distribute 500 Grams or More of Methamphetamine, in violation of 21 U.S.C. § 846.

2. The government anticipates that a case currently pending in the Eastern District of Virginia will be resolved in the upcoming weeks. Should that matter end in a guilty plea, as is currently expected, Mr. Corona will be benefitted when the government makes its final presentation to this office's departure committee. Accordingly, the government respectfully requests that sentencing in this matter be postponed for 45 to 60 days.

3. The United States also respectfully requests that this pleading and the Court's order in response to it be filed under seal, as have prior documents related to this case.

WHEREFORE, the government respectfully requests that the Court grant the instant motion.

        Respectfully submitted,

        Jeffrey A. Taylor
        United States Attorney

        S. Elisa Poteat
        Assistant United States Attorney

        /s/

By: _____
        Gregory G. Marshall
        Assistant United States Attorney
        CT Bar No. 409959
        555 Fourth Street, N.W., Room 4126
        Washington, DC 20530
        (202) 353-7557
        gregory.marshall@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading was sent to defense counsel this 9th day of July, 2008.

        /s/
        _____
        Gregory G. Marshall
        Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal Case No. 07-196 (TFH) |
| | : | |
| v. | : | (<u>Under Seal</u>) |
| | : | |
| **HENRY D. CORONA** | : | |

**ORDER**

Upon consideration of the *Government's Unopposed Motion to Continue Sentencing Hearing*, it is hereby

**ORDERED**, this _____ day of July 2008, that the sentencing hearing in this matter be continued until _____, 2008, at _____.  It is further

**ORDERED** that the government's motion and this order be filed under seal.

_____
Judge Thomas F. Hogan
U.S. District Court for the District of Columbia

Copies to:

Gregory G. Marshall, Esq.
Assistant U.S. Attorney
555 Fourth Street, N.W., Room 4126
Washington, DC 20530

Cynthia Katkish, Esq.
601 Pennsylvania Avenue, N.W.
South Building, Suite 900-S, PMB 221
Washington, DC 20004