UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal Case No. 07-196 (TFH)** |
| | : | |
| v. | : | <u>**(Under Seal)**</u> |
| | : | |
| **HENRY D. CORONA** | : | |

## ORDER

Upon consideration of the *Government's Unopposed Motion to Continue Sentencing Hearing*, it is hereby

**ORDERED**, this _11_ day of July 2008, that the sentencing hearing in this matter be continued until _8/25/08_, 2008, at _2:00pm_. It is further

**ORDERED** that the government's motion and this order be filed under seal.

_____
Judge Thomas F. Hogan
U.S. District Court for the District of Columbia

Copies to:

Gregory G. Marshall, Esq.
Assistant U.S. Attorney
555 Fourth Street, N.W., Room 4126
Washington, DC 20530

Cynthia Katkish, Esq.
601 Pennsylvania Avenue, N.W.
South Building, Suite 900-S, PMB 221
Washington, DC 20004