UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                                Criminal No. CR 07-196 (TFH)

HENRY DAVID CORONA          Filed Under Seal

### MEMORANDUM IN AID OF SENTENCING

Comes now Defendant, Henry David Corona, and submits the following information to the Court in aid of sentencing.

1. On July 13, 2007, Mr. Corona was arrested and held without bond. On August 10, 2007, he pled guilty to Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine. From July 13, 2007 and thereafter, Mr. Corona cooperated with authorities and provided detailed information on persons and places involved in drug activity in the District of Columbia and Virginia.

2. On Monday August 25, 2008, he will appear before the Court for sentencing.

3. For thirteen months, Mr. Corona has been detained either at the Central Treatment Facility (CTF) in the District of Columbia or at the Alexandria Detention Center in Alexandria, Virginia.[1]

4. During this period, he completed a sixty-day drug treatment program, D.C. Lifeline Educational Therapeutic Community Program. In that program, he participated in the following groups: Narcotics Anonymous, Relapse Prevention, Drug Education, and Men's Health. He also completed an anger management curriculum, a two-month

---

[1] Mr. Corona assisted Virginia authorities as well as authorities in the District of Columbia.

computer literacy program, and worked in the law library assisting with inventory and helping inmates with research and writing.[2]

Mr. Corona has been jailed since July 13, 2007. As a result of his thirteen-month abstinence and with the help and support of his family, Mr. Corona is now prepared to be released into the community and live drug free.

Wherefore, Mr. Corona respectfully requests that the Court sentence him to time served with two years of supervised release and the condition that he continue drug treatment.

                                                   Respectfully submitted,

                                                   _____
                                                   Cynthia Katkish  #418876
                                                   601 Pa. Ave., N.W.
                                                   Suite 900-south #221
                                                   Washington, D.C. 20004
                                                   Office 202-997-1386
                                                   Fax 202-639-2000
                                                   Ckatkish1@comcast.net

## CERTIFICATE OF SERVICE

I certify under the penalties of perjury that a copy of this memorandum was faxed, emailed and mailed postage prepaid to Elisa Poteat U.S. Attorney's Office 555 4th St., WDC 20530 on August 22, 2008.

                                                   _____
                                                   Cynthia Katkish

---

[2] Copies of Mr. Corona's certificates are attached to this memorandum.

# ARISE Life-Management Skills

This certificate is presented to: Henry Corona

for completion of the ARISE Anger Management curriculum.

Date: 10/30/07

Teacher Signature: M. Bhukle

Date: *Nov. 5, 2007*

From: Phillip McNeal, CACI, Case Manager CCA/CTF, D.C. Lifeline Education Addictions Program.

Re: Inmate Progress Report

To: Whom It May Concern

This Letter is to provide the reader with a brief program update on inmate *HENRY, CORONA* DCDC# *315-452* Inmate *HENRY, CORONA* entered the DC. Lifeline Addiction Education Program on *AUG. 28, 2007* and is attending groups and workshops focused on helping him change his addictive and criminal behaviors. Among the groups he participates in on a daily basis are: Narcotics Anonymous, Anger Management, Positive Conflict Resolution, Relapse Prevention, Drug Education, and Men's Health. He also adheres to program rules and principals.

Mr. *CORONA, HENRY* shows the necessary willingness and desire to make changes in his life, and has exhibited these traits by his actions. His progress will continue to be monitored during his stay in the Education Addictions Program, and will be made available should the court request such information.

Respectfully Yours,

*Phillip McNeal*, CACI, Case Manager CCA/CTF, D.C. Lifeline Educational Addictions Program.



*Corrections Corporation of America*
*Correctional Treatment Facility*

# D.C. Lifeline Educational Therapeutic Community

*This certificate is awarded to*

# Henry Corona

*for satisfactory completing the course of study and actively participating in the 60 day Educational Lifeline Therapeutic Community Program. Your service as an intern and applying your skills and knowledge helping others with their recovery is greatly appreciated.*

*Presented this 1st day of November 2007*

Phillip McNeal CACI

# CCA Education Programs

*This is to certify that*

## Henry Corona

has participated in an education program at this institution and has, within that program, demonstrated exceptional commitment justifying this award for

**September 2007**
**Perfect Attendance — Computer Literacy**

On this ___1st___ day of ___October 2007___

_____
Principal / Education Director

_____
Warden / Administrator

# CCA Education Programs

*This is to certify that*

## Henry Corona

*has participated in an education program at this institution and has, within that program, demonstrated exceptional commitment justifying this award for*

**Perfect Attendance — Computer Literacy**

October 2007

On this ____1st____ day of ____November 2007____

_____
Principal / Education Director

_____
Warden / Administrator

CORRECTIONS CORPORATION OF AMERICA
CORRECTIONAL TREATMENT FACILITY
EDUCATION DEPARTMENT

# ACADEMIC/VOCATIONAL PROGRESS REPORT

STUDENT Henry Corena  ENTRY DATE 9/7/07

DCDC No. 315-452   UNIT 023   MGR _____   EXIT DATE _____

ENTRY SCORES _____   TABE SCORES _____

START OF REPORT PERIOD 9/3/07   END OF REPORT PERIOD 9/28/07

PROGRAMS: ABE ___   GED ✓   COMMERCIAL CLEANING A.M. ___
LIFE SKILLS ___   COMPUTER LITERACY P.M. ✓
BARBER/COSMETOLOGY ___   GRAPHIC ARTS ___   ESL ___

| DATE | ATTENDANCE | | | | | PROGRESS | | | BEHAVIOR/ATTITUDE | | | | COMPLETIONS | | RECOMMENDATIONS | | | INITIALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PRESENT | TARDY | EXCUSED | UNEXCUSED | TOTAL DAYS | OUTSTANDING | SATISFACTORY | UNSATISFACTORY | EXCELLENT | GOOD | FAIR | POOR | COURSE | DATE | FAVORABLE | FAVORABLE W/RES. | UNFAVORABLE | STUDENT'S / TEACHER'S |
| FOR PERIOD: 9/10 to 9/28 TO ___ | 5 | 0 | 3 | 0 | 8 | | | | | | | | History | 9/6/07 | ✓ | | | |

COMMENTS: Student not enrolled long enough to evaluate.

PRINCIPAL'S SIGNATURE: Juanita Avio-Dyson
TEACHER'S SIGNATURE: Stephanie S. Culver  9/28/07
STUDENT'S SIGNATURE: Henry Corena  Oct. 1, 2007